IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HAVEEN BAJLORY,               )
                                 )
      Plaintiff,             )
                                 )     NO. 3:20-cv-00096
v.                              )     JUDGE RICHARDSON
                                 )
COMMISSIONER OF SOCIAL    )
SECURITY ADMINISTRATION,    )
                                 )
      Defendant.          )

## **<u>MEMORANDUM OPINION AND ORDER</u>**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 30), recommending that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 23, "Motion") be granted, that the Commissioner's final decision be vacated, and that this matter be remanded to the Social Security Administration for further proceedings. No Objections to the Report and Recommendation have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion is **GRANTED**, the Commissioner's final decision is **VACATED**, and this matter is **REMANDED** to the Social Security Administration for proceedings consistent with the Report and Recommendation.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.


*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE